```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

MARIO ALLEN,                      )
                                  )
              Plaintiff,          )
                                  )
    v.                            )   No. 09 C 2133
                                  )
MICHAEL J. ASTRUE, Commissioner   )
of Social Security,               )
                                  )
              Defendant.          )
```

## MEMORANDUM ORDER

Mario Allen ("Allen") has filed a Social Security Disability Insurance action against Commissioner of Social Security Michael Astrue, accompanying his Complaint with an In Forma Pauperis Application ("Application"). Because Allen is already represented by counsel, the Application is not submitted to deal (as is often the case) with any need for the appointment of pro bono counsel from this District Court's trial bar membership. Instead it addresses only Allen's obligation or lack of obligation to pay the $350 filing fee.

In that respect, although Allen himself is unemployed, Application ¶3 reflects that his wife is employed at an annual salary or wage level somewhat in excess of $25,000. Accordingly Allen's counsel is ordered to provide this Court with citations to any authorities that may support the grant of IFP status under such circumstances on or before April 24, 2009 (no briefing is required, just citations). In the interim this Court has issued its customary preliminary scheduling order on the assumption that

this case will go forward.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 13, 2009